HILLSBOROUGH TOWNSHIP BOARD OF EDUCATION v.
HILLSBOROUGH TOWNSHIP EDUCATION
ASSOCIATION.

October 6, 1987.

Petition for certification denied.

URMILA GAUTAM AND NARINDER GAUTAM v.
SAMUEL R. DE LUCA.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED B. WEBER.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ALAN DARRAGH.

October 6, 1987.

Petition for certification denied.